

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00748-CR

**IN RE** David Gene **BECKA**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: January 25, 2023

PETITION FOR WRIT OF MANDAMUS AND PROHIBITION DISMISSED AS MOOT

On November 4, 2022, relator filed a petition for writ of mandamus and prohibition complaining about a Bexar County residency requirement imposed as a bond condition in the trial court's order titled "Special Conditions of Release on Bond." Relator also filed an emergency motion for stay, which we granted in part on November 4, 2022. We requested responses from the trial court and real party in interest.

On December 13, 2022, the trial court filed a response revealing it signed an order on November 17, 2022, which allows relator to reside in Austin, Texas while out on bond—the relief he seeks through his petition. Accordingly, an order from this court will have no practical effect because there is nothing to mandamus. *See In re Bonilla,* 424 S.W.3d 528, 534 (Tex. Crim. App.

---

[1] This proceeding arises out of Cause No. 2019-CR-1257, styled *The State of Texas vs. David Becka*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Andrew Wyatt Carruthers presiding.

2014) (orig. proceeding) (dismissing petition because relief sought had become moot). Because relator has received the relief requested in his petition, we dismiss the petition as moot. The stay imposed on November 4, 2022 is lifted.

PER CURIAM

DO NOT PUBLISH